**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Terrell WILLIAMS, a.k.a. Terral Williams, Defendant–Appellant.**

United States of America,
Plaintiff–Appellee,

v.

Terrell Williams, a.k.a. Terral
Williams, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Terrell Williams, a.k.a. Terral
Williams, Defendant–
Appellant.

Nos. 05–16650, 05–16695, 05–16750

United States Court of Appeals,
Eleventh Circuit.

Jan. 22, 2007.

Rosemary T. Cakmis, Federal Public Defender, Orlando, FL, R. Fletcher Peacock, Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Before ANDERSON and MARCUS, Circuit Judges, and ALTONAGA,* District Judge.

PER CURIAM:

After oral argument and careful consideration and for the reasons discussed at oral argument, we conclude that the judgment of the district court is due to be affirmed. We conclude that the asserted factual mistakes by the district court are immaterial, and that the sentence is reasonable.

AFFIRMED.